AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>ISAIAH BENALLY<br>Year of birth: 1991<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  MJ 25-443 LF<br>)<br>)<br>)<br>) |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2025__ in the county of __San Juan__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1153 | Offenses committed within Indian Country |
| 18 U.S.C. §§ 113(a)(3) | Assault with a Dangerous Weapon |

This criminal complaint is based on these facts:

See attached affidavit, incorporated by reference, submtted by FBI SA Andrew Wright, and approved by SAUSA Elisa Dimas.

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew Wright, Special Agent FBI
*Printed name and title*

Telephonically sworn and electronically signed.

Date: 03/14/2025

*Judge's signature*

City and state:  Albuquerque, NM

Laura Fashing, US Magistrate Court Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAIAH BENALLY<br>Year of birth: 1991 | Case No. _____<br><br>AFFIDAVIT IN SUPPORT OF COMPLAINT |

I, Andrew Wright, being duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2020. I am currently assigned to the Albuquerque Field Office, Farmington Resident Agency. My primary duties as a Special Agent with the FBI include investigating crimes occurring in Indian Country which include primarily investigating violent crimes that involve murder, assault, and felon in possession. I am familiar with the investigation and prosecution of violent crimes occurring in Indian Country, including the use of warrants to search for evidence. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, tribal and federal law enforcement agencies. As a Federal Agent, I am authorized to investigate violations of the laws of the United States and have authority to execute arrest and search warrants issued under the authority of the United States.

2. This affidavit is based upon my personal knowledge, and upon information reported to me by other federal, state, tribal, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

Throughout this affidavit, reference will be made to law enforcement officers. Law enforcement officers are those federal, state, tribal, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation. This affidavit is also based upon information gained from interviews with victims, whose reliability is established separately herein.

3. This affidavit is being submitted in support of a criminal complaint charging Isaiah Benally (**BENALLY**) with 18 U.S.C. §§ 1153 and 113(a)(3), that being Assault with a Dangerous Weapon in Indian Country.

## PROBABLE CAUSE STATEMENT

4. On March 13, 2025, at approximately 7:00 p.m., The Navajo Nation Police Department received a report of shots fired. I responded to the area and conducted interviews. During an interview with B.C., year of birth 1962 (Hereinafter referred to as WITNESS) it was found that BENALLY was at the TARGET PREMISES with the WITNESS, who is BENALLY's mother, and other family members. WITNESS stated at some point the other family went to leave and WITNESS walked them out. WITNESS began to yell at the family while they were leaving. BENALLY then exited the house and began to yell at an individual walking on the road next to his home. WITNESS explained to BENALLY that she was yelling at the family to leave and not at the individual walking on the road. BENALLY went back into the house. BENALLY then returned outside with a firearm and began to yell at the person walking again. WITNESS began to call for police assistance. WITNESS then remembers hearing two shots and seeing the weapon pointed straight across the road.

5. WITNESS then drove away from the TARGET PREMISES. WITNESS returned a short time later and spoke with police officers who responded to the TARGET LOACTION. WITNESS believed that BENALLY left the area. WITNESS went into the TARGET PREMISES and observed BENALLY inside the TARGET PREMISES. WITNESS then exited the TARGET PREMISES and informed the officers that BENALLY was inside the TARGET PREMISES. The Navajo Nation SWAT team deployed to the TARGET PREMISES and were eventually able to safely take BENALLY into custody.

6. While performing a sweep of the TARGET PREMISES, members of the SWAT team observed body armor, a magazine for a firearm, and a firearm box inside the TARGET PREMISES.

7. I interviewed P.T., year of birth 2005 (hereinafter referred to as JOHN DOE), JOHN DOE disclosed that while walking on the road way next to the TARGET PREMISES a person named "Isaiah" (known to investigators as BENALLY) came out of the TARGET PREMISES and started shooting a firearm towards the JOHN DOE. JOHN DOE stated that he had never met BENALLY before and only knew BENALLY'S first name because he could hear a person yelling at "Isaiah" to stop. JOHN DOE assumed that the individual yelling at BENALLY was BENALLY's mother.

8. JOHN DOE remembers approximately eight shots being fired in his direction. Some of the shots impacted near JOHN DOE. JOHN DOE could see the dust form the impacts to include one which hit approximately two feet away from JOHN DOE's feet. JOHN DOE continued to walk away from BENALLY and was pleading with BENALLY

3

to stop. JOHN DOE was afraid he was going to die. JOHN DOE did not sustain any injuries from the shots fired from the firearm.

9. While at the TARGET PREMISES, investigators observed two shell casings on the ground. The shell casings were observed in the driveway to the TARGET PREMISES.

10. A review of BENALLY's criminal history reveals arrests of aggravated battery, assault, and failure to appear.

## JURISDICTIONAL STATEMENT

11. Upon information and belief, and according to the NPD, the residence located at 36.8124632, -108.6933701, where the incident on March 13, 2025 took place, is within the community of Shiprock, which is entirely within the exterior boundaries of the Navajo Nation, in the State and District of New Mexico, and is Indian Country for purposes of federal law.

12. John Doe and BENALLY are enrolled members of the Navajo Nation and are Indians for purposes of federal law.

## CONCLUSION

13. Based on the above information, I submit that there is probable cause to believe that BERNALLY violated 18 U.S.C. §§ 1153 and 113(a)(3), that being Assault with a Dangerous Weapon in Indian Country. Therefore, I respectfully request that the Court approve the attached criminal complaints and issue arrest warrants.

14. This complaint was reviewed and approved by Supervisory Assistant United States Attorney Elisa Dimas.

_____
Andrew Wright
Special Agent
Federal Bureau of Investigation

Subscribed to and telephonically sworn before me
this ~~XX~~th day of March 2025
14th

_____
HONORABLE LAURA FASHING
United States Magistrate Judge

5